UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
EMANUEL DELACRUZ, ON BEHALF OF :
HIMSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
: No.: 1:20-cv-8277
Plaintiffs, :
:
v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
HEAD N' HOME INC., :
:
Defendant. :
---------------------------------------- x

    Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HEAD N' HOME INC., with prejudice and without fees and costs.

Dated: New York, New York
        May 10, 2021

                                                                                                **GOTTLIEB & ASSOCIATES**

                                                                                                     */s/Michael A. LaBollita, Esq.*

                                                                  Michael A. LaBollita, (ML-9985)
                                                                  150 East 18th Street, Suite PHR
                                                                        New York, NY 10003
                                                                               Phone: (212) 228-9795
                                                                                 Fax: (212) 982-6284
                                                                           Michael@Gottlieb.legal

                   SO ORDERED:                                   *Attorneys for Plaintiffs*

                  *[signature]*
                _____
                  Hon. Ronnie Abrams
                  May 11, 2021